No. 11–6382. BROWN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 11–6388. MAZYCK v. STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–6396. GOODMAN v. KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY. C. A. 3d Cir. Certiorari denied.

No. 11–6398. HARPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6407. HORTON v. THOMAS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CHESTER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–6416. EL-AMIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6418. YAACOV v. TIBBALS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6419. VARGAS v. GONZALEZ, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6429. COLLIER v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–6458. ROBERTSON v. CARTINHOUR. C. A. D. C. Cir. Certiorari denied.

No. 11–6465. AMR v. MOORE ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6474. PHIFFER v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 11–6475. MCKINNEY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–6484. TIERNEY v. HAWAII. Int. Ct. App. Haw. Certiorari denied.